**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. HUNT PRODUCTION COMPANY, Respondent.**

No. 9103.

Circuit Court of Appeals, Fifth Circuit.

Dec. 9, 1939.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph F. Staubly, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

J. B. McEntire, of Dallas, Tex., for respondent.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Commissioner of Internal Revenue vs. F. H. E. Oil Company, 5 Cir., 102 F.2d 596, affirmed by the Supreme Court of the United States November 6, 1939, 60 S.Ct. 26, 84 L.Ed. ——, the petition is allowed, the judgment of the Board is reversed and the cause is remanded for further proceedings not inconsistent with the opinion of this Court in that case.